FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DK FAB, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SHINN & SON, INC., a Washington corporation; and SATUS CREEK FARMS, LLC, a Washington limited liability company,<br><br>    Defendants. | No. 1:24-CV-03042-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 32. Plaintiff is represented by Brendan Monahan, Claire Taylor, and Marthy Hernandez. Defendants are represented by Rhys Farren and Suzanne Daigle. The motion was considered without oral argument.

    Due to an agreement, the parties have requested the Court dismiss Defendants' counterclaims with prejudice, dismiss Plaintiff's claims without prejudice, and dismiss this matter without an award of attorney's fees or costs to either party. The Court grants the Motion.

//
//
//

**ORDER OF DISMISSAL** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 32, is **GRANTED**.

2. Defendants' counterclaims in the above-captioned case are **DISMISSED with prejudice**.

3. Plaintiff's claims in the above-captioned case are **DISMISSED without prejudice**.

4. This matter is dismissed without an award of attorney's fees or costs to either party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of January 2025.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL ~ 2**